**Opinion filed July 12, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00125-CV

_____

## IN THE INTEREST OF C.R.B. AND K.G., CHILDREN

**On Appeal from the 106th District Court**
**Dawson County, Texas**
**Trial Court Cause No. 10-02-18316**

## MEMORANDUM OPINION

The children's mother filed this appeal after an order was entered terminating her parental rights. The parties have now filed in this court an agreed emergency motion to dismiss this appeal for want of jurisdiction. The motion is signed by counsel for the mother, counsel for the Texas Department of Family and Protective Services, and the attorney ad litem for the children. In the motion, the parties agree that the underlying order of termination is void *ab initio* and that there is no final, appealable order for this court to review. Pursuant to the parties' request, we dismiss the appeal. TEX. R. APP. P. 42.1.

The agreed motion is granted, and the appeal is dismissed for want of jurisdiction.

July 12, 2011                                                  PER CURIAM

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.